William D. Hyslop
United States Attorney
Eastern District of Washington
George J.C. Jacobs, III
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767:

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 02 2021

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:21-CR-11-WFN |
| Plaintiff, | INDICTMENT |
| v. | Vio: 18 U.S.C. § 1001(a)(2) |
| CONNOR ADRIAN POTUCEK, | False Statement to Federal Agency |
| Defendant. | |

The Grand Jury charges:

1. At all times relevant to this Indictment, the Defendant, CONNOR ADRIAN POTUCEK was a resident of Spokane, Washington.

2. At all times relevant to this Indictment, B.H. was a registered nurse, licensed in the State of Washington, and employed as a nurse at the Mann-Grandstaff Veteran Affairs Medical Center ("Spokane VAMC") in Spokane, Washington.

3. The United States Department of Veterans Affairs ("VA") is a department and agency within the executive branch of the Government of the United States. It provides life-long healthcare services to eligible military veterans

INDICTMENT – 1

at Veterans Affairs medical centers and outpatient clinics throughout the United States.

4. The Spokane VAMC is operated by the VA and is located in Spokane, Washington. The Spokane VAMC is dedicated to providing health care services to veterans.

5. The Inspector General Act of 1978, as amended ("IG Act") authorizes the United States Department of Veterans Affairs, Office of Inspector General ("VA OIG") to receive and investigate complaints or information concerning, among other things, the possible existence of criminal activity or a substantial and specific danger to public health or safety.

6. The Hotline Division is a component of the VA OIG Office of Management and Administration and is responsible for receiving and investigating allegations of criminal activity and other matters related to VA programs and operations. Accordingly, the VA OIG hotline accepts complaints of such activity related to VA programs and operations. Hotline staff log all complaints and may follow up for additional details if contact information is provided. Given limited resources, the VA OIG cannot investigate every complaint. Cases are selected following a staff review, with priority given to matters having the most potential risk to veterans, VA programs and systems, or for which the VA OIG may be the only avenue of redress.

7. An individual may file a complaint with the VA OIG Hotline Complaint Center via facsimile, telephone, U.S. Mail, or electronic transmission to a publically-accessible internet portal known as OIG Hotline Link. When a person electronically files a complaint through the OIG Hotline Link portal, it is known as a "Web Complaint."

8. According to https://www.va.gov/oig/hotline/faq.asp, a complaint filed with the OIG Hotline Complaint Center should include the following

INDICTMENT – 2

information in order for the VA OIG to determine whether it warrants review or investigation by the VA OIG: the particular VA facility or office involved; the identity of the wrongdoer(s) and victim(s); the alleged legal or policy violation(s) or other misconduct; the effect of the wrongdoing, such as money lost, individuals harmed; the date(s) the event(s) occurred; the identity of any witness(es) to the event(s); and contact information for complainants choosing to provide a name.

9. After the OIG Hotline Complaint Center staff determine that a complaint is within the VA OIG's jurisdiction and includes sufficient information to inform further action, a determination is made whether to open a case or make a referral.

10. Among the complaints received by the OIG Hotline Complaint Center that the VA OIG opens for further review are those that concern serious allegations of criminal activity. The nature of the allegations in a complaint received by the OIG Hotline Complaint Center determine which VA OIG division(s) would manage the case. The VA OIG may refer certain matters directly to the appropriate VA office if the allegation appears to warrant some action on that facility's or office's part to move forward. A case referral from the VA OIG requires that the VA office or facility to which the matter is referred review the matter and responded back to the VA OIG about its findings and any actions taken.

11. On or about August 22, 2020, the Defendant, CONNOR ADRIAN POTUCEK, in a matter within the executive branch of the Government of the United States, namely the United States Department of Veterans Affairs Office of Inspector General, did knowingly and willfully make false, fictitious, and fraudulent statements and representations as to material facts in that he did represent and state to the VA's OIG Hotline Complaint Center, via the OIG Hotline Link portal, the following statements about an employee of the Spokane VAMC:

INDICTMENT – 3

| Web Complaint Section Headings | Statements and Representations |
|---|---|
| Facility Involved | ICU nurse [B.H.] in Spokane, Washington regularly consumes non-prescription pharmaceuticals. |
| Wrongdoer(s) | [B.H.] |
| Victims | All Members of armed services who think they have a sober nurse. |
| Allegations | Hydrocodone abuse, oxycontin abuse, modafinil abuse. |
| Impact | Theft from patients in need, impaired productivity. |
| Offense Dates | Since [B.H.] started, other employees have given her clean urine. |

whereas in truth and fact, the Defendant, CONNOR ADRIAN POTUCEK, then and there well knew, these statements and representations were false, fictitious and fraudulent when made.

12. When the Defendant, CONNOR ADRIAN POTUCEK, made the statements set forth in Paragraph 11 of this Indictment (the "August 22, 2020 Web Complaint") about an employee of the Spokane VAMC, he was in the District of Idaho.

13. The August 22, 2020 Web Complaint was received at the OIG Hotline Complaint Center in Washington, D.C. After a review of the August 22, 2020 Web Complaint, staff at the OIG Hotline Complaint Center forwarded the August 22, 2020 Web Complaint to the VA OIG Spokane Resident Office, in the Eastern District of Washington, for investigation on September 17, 2020.

14. On September 21, 2020, the Defendant, CONNOR ADRIAN POTUCEK, was contacted by VA OIG Special Agents about the August 22, 2020

INDICTMENT – 4

Web Complaint. Special Agents with the VA OIG then interviewed the Defendant, CONNOR ADRIAN POTUCEK, in Spokane, Washington, in the Eastern District of Washington, whereupon the Defendant admitted that the statements he made in the August 22, 2020 Web Complaint were false, fictitious and fraudulent when made.

All in violation of 18 U.S.C. § 1001(a)(2).

DATED this __2__ day of February, 2021.

A TRUE BILL

_____
Foreperson

_____
William D. Hyslop
United States Attorney

_____
George J.C. Jacobs, III
Assistant United States Attorney

INDICTMENT – 5